The wife has timely filed two applications for a rehearing with a separate supportive brief for each application.
The first application was filed by her able original appellate counsel. The brief argues the same issue which was raised upon the original submission. We have carefully considered the matter once more and conclude that our initial opinion correctly decides that issue.
The second application was filed by learned new appellate counsel. The brief raises issues which were not previously argued and specifically states, "Whether Appellant was in default or not or had notice of the trial setting or not is no longer the issue." That was the issue which was determined by our initial opinion. When an appellate court has rendered an opinion and an application for a rehearing has been filed, new issues which were not argued upon the original submission of the appeal generally will not be considered. Stoner v. AlabamaFarm Bureau Insurance Company, 467 So.2d 251 (Ala. 1985).
In order that the wife shall have only one application for rehearing pending in this court, we consolidate the two applications ex mero motu. The consolidated application of the wife for a rehearing is overruled.
The foregoing opinion was prepared by Retired Circuit Judge EDWARD N. SCRUGGS while serving on active duty status as a judge of this court under the provisions of § 12-18-10(e), Code 1975, and this opinion is hereby adopted as that of the court.
OPINION EXTENDED.
APPLICATION FOR REHEARING OVERRULED.
All the Judges concur.